# UNITED STATES DISTRICT COURT
**District of Kansas**
(Topeka Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 25-40051-TC-RES

**SIERRA WERTH,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

**Misappropriation of Postal Funds**
**18 U.S.C. § 1711**

Beginning on or about October 2024, and continuing to on or about February 2025, in the District of Kansas, the defendant,

**SIERRA WERTH,**

being a Postal Service officer or employee, loaned, used, pledged, hypothecated, or converted to her own use, or deposits in any bank, or exchanges for other funds or property, any money or property coming into her hands or under her control in any

manner, in the execution or under color of her office, employment, or service, whether or not the same shall be the money or property of the United States. Further, the value of the money or property embezzled exceeded $1,000.

In violation of Title 18, United States Code, Section 1711.

A TRUE BILL.

August 20, 2025
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Lindsey C. Debenham
Lindsey C. Debenham
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: Lindsey.Debenham@usdoj.gov
Ks. S. Ct. No. 27574

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## PENALTIES

**Count One:**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 1711.
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3). In the alternative, the defendant may be fined a sum equal to the amount or value of the money or property embezzled, whichever is greater. 18 U.S.C. § 1711.
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Restitution.