**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,
Plaintiff,

v. Case Nos.: 25-40051

Sierra Werth,
Defendant.

**CRIMINAL MINUTE SHEET – CHANGE OF PLEA HEARING**
**August 25, 2026**

| | | |
|---|---|---|
| JUDGE: | **Hon. Anthnoy Mattivi United States District Judge** | |
| COURT REPORTER: | **Kelli Stewart** | |
| COURTROOM DEPUTY: | **Karli Koci** | |
| INTERPRETER: | **n/a** | ☐ **Sworn** |
| Time in Court: | **21 minutes** | |

**APPEARANCES:** ***The parties appear:*** **IN PERSON – COURTROOM 401**

- UNITED STATES OF AMERICA: **Lindsey Debenham**
- DEFENDANT'S COUNSEL: **Hunter Lindquist**
- DEFENDANT: ☒ On Release– present at hearing

**NATURE OF HEARING:**

☒ **Change of Plea – Count 1 of the Indictment** ☒ **Felony**

**PROCEEDINGS:**

☒ **Defendant sworn**

☒ **Plea to Indictment as to Count 1**

☐ **Waives Reading of Indictment**

☒ **Charge(s) of Indictment to which defendant is pleading guilty read**

☒ **Advised as to consequences of entering plea**

☒ **Advised of maximum penalties and punishments to charges to which defendant is pleading guilty**

☒ **Advised how United States Sentencing Guidelines may apply in case**

**Plea Agreement:** ☒ **YES** ☐ **NO**

☒ **Terms of Plea Agreement read**

☒ **PLEA AGREEMENT pursuant to Rule 11 of Fed. R. Crim. P. signed and filed in open court**

☒ **PLEA PETITION signed and filed in open court**

☒ **Factual Basis of Plea read**

**COURT FINDINGS:**

☒ **Court finds factual basis for plea to guilty to the crimes charged**

☒ **Court takes plea under advisement and will defer judgment until sentencing.**

| | | |
|---|---|---|
| OFFENSE(S): | Count 1 of Indictment | **Misappropriation of Postal Funds**<br>**18 U.S.C. § 1711** |

☒ **Presentence Investigation Report (PSR) ordered *and* shall be completed and filed prior to next scheduled court appearance.**

**SCHEDULING:**

☒ **Sentencing Hearing** set for **November 24, 2026, at 1:00pm.**

**Sentencing Memorandum for both parties are due: November 16, 2026.**

**CUSTODY:**

☒ **Defendant is remanded to the custody of the US Marshals.**